UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>Respondent. | No.  2:14-cv-02766-KJM-EFB<br><br>ORDER |

On February 10, 2015, the court granted petitioner's request for an injunction under section 10(j) of the National Labor Relations Act, as amended 29 U.S.C. § 160(j), pending resolution of petitioner's unfair labor practices claim before the National Labor Relations Board. ECF No. 27.  On March 19, 2015, the court granted petitioner's motion to amend the order.  ECF No. 32.

On May 19, 2015, the parties filed a joint status report advising the court that the Board issued its decision in the matter and submitting a copy of the decision.  ECF No. 38.  On June 22, 2016, the court ordered the parties to show cause within fourteen days why the court should not terminate the injunction and dismiss the action as moot in light of the Board's

1

1  decision. ECF No. 39. Neither party has responded. Because this action is now moot, the court
2  TERMINATES the injunction issued in its February 10, 2015 and March 19, 2015 orders and
3  DISMISSES the action. *See Sears, Roebuck & Co. v. Carpet, Linoleum, Soft Tile & Resilient*
4  *Floor Covering Layers, Local Union No. 419, AFL-CIO*, 397 U.S. 655, 657–58 (1970) (an
5  injunction terminates upon final Board resolution of the underlying unfair labor practice charge);
6  *Johansen for & on Behalf of N.L.R.B. v. Queen Mary Rest. Corp.*, 522 F.2d 6, 7 (9th Cir. 1975)
7  (directing district court to dismiss the complaint for a section 10(j) injunction as moot in light of
8  the Board's decision); *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that
9  it lacks subject-matter jurisdiction, the court must dismiss the action."). Case closed.
10          IT IS SO ORDERED.
11  DATED: July 25, 2016

_____
UNITED STATES DISTRICT JUDGE

2